IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE MARTY,

        Petitioner,                       No. CIV S-06-0511 FCD PAN P

    vs.

MICHAEL B. McPARTLAND,         ORDER AND

        Respondent.[1]                FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, filed a civil rights action on March 10, 2006, together with an application to proceed in forma pauperis, which was incomplete in that the certificate portion of the application was not signed by a prison official and it was lacking a prison trust account statement for the six-month period immediately preceding the filing of his complaint. On April 11, 2006, this court issued an order directing petitioner to submit within thirty days from the date of the order a completed affidavit in support of his request to proceed in forma pauperis. Petitioner failed to do so, and on June 1, 2006, this court issued findings and recommendations,

---

[1] Petititioner's initial pleading was filed on the form for a civil rights action pursuant to 42 U.S.C. § 1983 and denominated Marty v. FERC, et al. For the reasons set forth in this order, the court construes the action as one for habeas corpus relief pursuant to 28 U.S.C. § 2254. Henceforth the action shall be denominated Marty v. McPartland in accordance with the habeas corpus petition filed by petition on July 10, 2006.

recommending that this action be dismissed. Petitioner has filed neither objections to the findings and recommendations nor an in forma pauperis application, although he did, on July 5, 2006, file a request for confirmation that the court received his objections to the findings and recommendations.

On July 10, 2006, petitioner filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254, containing claims virtually identical to those contained in his complaint. Petitioner also filed on July 10, 2006, a letter asking the court to grant his two petitions. The court's own records reveal that petitioner has previously filed two petitions challenging the conviction at issue in the instant petition (Nos. CIV S-99-0059 FCD DAD P; CIV S-99-1572 FCD DAD P). The latter petition was dismissed as duplicative of the former, which in turn was dismissed for failure to exhaust state remedies. In addition, plaintiff recently filed another petition attacking the same conviction which contains allegations virtually identical to those in the petition filed in this action (No. CIV S-06-0512 FCD DAD P).[2]

All of petitioner's claims against the conviction at issue herein must be pursued, if at all, in one action. See Rule 2, 28 U.S.C. foll. § 2254. It appears plaintiff intends to seek federal habeas corpus relief, and that he has filed petitions in two separate actions to do so. As an identical petition has been filed in Case No. CIV S-06-0512 FCD DAD P, and as the latter action is already assigned to the district judge and magistrate judge who considered the prior petitions, see Local Rule 81-190, the court will recommend dismissal of this action as duplicative.

In accordance with the above, IT IS HEREBY ORDERED that the findings and recommendations filed June 1, 2006 are vacated; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The

---

[2] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1 document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

2 Petitioner is advised that failure to file objections within the specified time may waive the right to

3 appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

4 DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
mart0511.123