IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE MARTY,

        Plaintiff,                    No. CIV S-06-0511 FCD EFB P

    vs.

MICHAEL B. McPARTLAND,

        Defendant.              <u>ORDER</u>

_____/

        On September 27, 2006, plaintiff filed a letter requesting service on the California Supreme Court.  This civil rights action was closed on September 22, 2006.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: October 5, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE